UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DILIP DEY, PH.D.,
      Plaintiff,

v.                                    CIVIL ACTION NO. 18-12113-NMG

LI-HUEI TSAI, PH.D.,
      Defendant.

ORDER DISMISSING CIVIL ACTION

GORTON, J.                                                    April 5, 2019

      This action is hereby DISMISSED without prejudice. Plaintiff Dilip Dey's complaint is subject to screening pursuant to 28 U.S.C §1915 because he is proceeding *in forma pauperis*. As such, the Court must dismiss the action if it is frivolous, malicious, or fails to state a claim upon which relief can be granted. 28 U.S.C. §1915(e)(2)(B). "[A] complaint must contain sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.'" McMann v. Selene Fin. LP for Wilmington Sav. Fund Soc'y, FSB, 332 F. Supp. 3d 481, 484 (D. Mass. 2018) (quoting Bell Atl. Corp. v. Twombly, 550 U.S. 544, 570, 127 S.Ct. 1955, 167 L.Ed.2d 929 (2007)). As pleaded, Dey's amended complaint does not state a plausible claim to relief on its face. The Clerk is directed to issue an order of dismissal of this action without prejudice.

      **So Ordered.**

                                                                  /s/ Nathaniel M. Gorton
                                                            **UNITED STATES DISTRICT JUDGE**